AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▾

| | |
|---|---|
| ANTONIO MICHAEL MAJOR<br>1657 Reordan Court Apt. 2 Key West. Florida<br>33040<br><br>_____<br>*Plaintiff(s)*<br>v.<br>RICK RAMSAY<br>in his official capacity as Sheriff of Monroe<br>County,Florida<br>5525 College Road Key<br>West, Florida 33040<br>_____<br>*Defendant(s)* | Civil Action No.   26-cv-10031-Hernandez |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sheriff Rick Ramsay, in his official capacity as Sheriff of Monroe County, Florida
5525 College Road
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antonio Michael Major
1657 Reordan Court, Apt. 2
Key West, Florida 33040
Phone: (305) 216-3233
Email: antoniomajor@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:   Apr 6, 2026
_____

s/ C. A. Weech
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court